

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*David Inkeles*  
*Assistant United States Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102  
david.inkeles@usdoj.gov

main: (973) 645-2700  
direct: (973) 645-2813  
fax:    (973) 297-2010

March 5, 2026

**Via Electronic Filing**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ  07102

   Re: *Servellon Duron v. Bondi,* No. 26-1128 (BRM)
     Petitioner's Bond Hearing

Dear Judge Martinotti:

  This Office represents Respondents in this habeas matter.  We respectfully write, pursuant to the Court's Memorandum Opinion and Order (ECF No. 5), to confirm that on March 4, 2026, within the seven-day period prescribed by the Court, Petitioner appeared for a bond hearing at the Elizabeth Immigration Court.  *See* Ex. A ("Bond Order").  At the hearing, an immigration judge ordered Petitioner released on bond.  *See id*.  We respectfully request that the Court close this case and thank the Court for its attention to this matter.

            Respectfully submitted,

SO ORDERED.          TODD BLANCHE
               U.S. Deputy Attorney General

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ    JORDAN FOX
DATED:  MARCH 6, 2026      Chief of Staff & Associate Deputy
                Attorney General
              Special Attorney

          By: *s/ David Inkeles*
             DAVID INKELES
             Assistant United States Attorney
             *Attorneys for Respondents*

cc: Counsel of Record (by ECF)

# Exhibit A
# Bond Order



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ELIZABETH IMMIGRATION COURT

Respondent Name:

SERVELLON DURON, MANUEL ANTONIO

To:

Irizarry, Jonathan
877 Broad Street, Suite 202
Newark, NJ 07102

A-Number:

■■■■■■■■

Riders:
In Custody Redetermination Proceedings

Date:
03/04/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☒ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☒ released from custody under bond of $ 5,000.00
  ☐ other:

☐ Other:

Immigration Judge: Chen, Shana 03/04/2026

Appeal:   Department of Homeland Security:  ☐ waived  ☑ reserved
          Respondent:                        ☑ waived  ☐ reserved
Appeal Due: 04/03/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : SERVELLON DURON, MANUEL ANTONIO | A-Number : ███
Riders:
Date: 03/04/2026 By: HERNANDEZ, RUBY, Court Staff